No. 92–96. MERTENS v. WILKINSON, GOVERNOR OF KENTUCKY, ET AL. Sup. Ct. Ky. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Leatherman* v. *Tarrant County Narcotics Intelligence and Coordination Unit, ante,* p. 163.

No. 92–973. HARRIS COUNTY APPRAISAL DISTRICT ET AL. v. TRANSAMERICA CONTAINER LEASING, INC. Ct. App. Tex., 1st Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Itel Containers Int'l Corp.* v. *Huddleston, ante,* p. 60. JUSTICE STEVENS would deny certiorari.

No. 92–5060. SULLIVAN v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Dunnigan, ante,* p. 87.

No. 92–6558. HUDSON v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Republic Nat. Bank of Miami* v. *United States,* 506 U. S. 80 (1992).

No. A–621. IBARRA, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF SOCIAL SERVICES, ET AL. v. DUC VAN LE. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, granted, and it is ordered that the judgment of the Supreme Court of Colorado in case No. 91SC189 is stayed pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. D–1193. IN RE DISBARMENT OF MCGOWAN. Disbarment entered. [For earlier order herein, see 506 U. S. 949.]